# Lee Litigation Group, PLLC

148 West 24th Street, 8th Floor
New York, NY 10011
Tel: 212-465-1180
Fax: 212-465-1181
info@leelitigation.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/4/21
```

Writer's Direct:    212-465-1188
cklee@leelitigation.com

June 4, 2021

**Via ECF**

The Honorable Alison J. Nathan, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:  Gonzalez v. 3821 Broadway Cafe, LLC et al
     Case No. 21-cv-2243 (AJN)

Dear Judge Nathan:

We are counsel for Plaintiff in the above-referenced matter and respectfully submit this letter, jointly with counsel for Defendants, in accordance with the Court's Order dated June 2, 2021 (ECF Dkt. No. 18).

The initial pretrial conference is scheduled for June 11, 2021, at 3:00 p.m. (ECF Dkt.16). The parties respectfully request the conference be cancelled and for the Court to approve the case management plan filed with the Court on June 2, 2021 (ECF Dkt. No. 17).

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

cc:   all parties via ECF

---

The initial pretrial conference is hereby adjourned sine die. The Court will enter the parties' proposed case management plan by separate order. SO ORDERED.

6/4/21

SO ORDERED.
ALISON J. NATHAN, U.S.D.J.