UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



Manuel Gonzalez,

    Plaintiff,

–v–

3821 Broadway Café, LLC, et al.,

    Defendants.

21-cv-2243 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The post-discovery conference in this case was incorrectly scheduled for January 14, 2021. Dkt. No. 21. It is hereby ordered that the post-discovery conference is scheduled for January 14, 2022 at 3:00 p.m.

    SO ORDERED.

Dated: July 16, 2021
      New York, New York

_____
ALISON J. NATHAN
United States District Judge