UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MANUEL GONZALEZ, on behalf of himself, FLSA Collective Plaintiffs, and the Class,

                Plaintiff,

-against-

3821 BROADWAY CAFE, LLC
d/b/a HILLTOP PARK ALEHOUSE,
TARA WHOLLEY and LEIGH CORCORAN,
                Defendants.

Civil Action No.:
1:21-cv-02243

**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

---

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff MANUEL GONZALEZ hereby accepts and provides notice that he has accepted Defendants' Offer of Judgment dated September 9, 2021 and annexed hereto as **Exhibit A**.

Dated: September 9, 2021

                                        Respectfully submitted,

By: _____
C.K. Lee, Esq. (CL 4086)
LEE LITIGATION GROUP, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel.: (212) 465-1188
Fax: (212) 465-1181
*Attorney for Plaintiff*