UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MANUEL GONZALEZ, on behalf of himself, FLSA Collective Plaintiffs, and the Class,

                        Plaintiff,

-against-

3821 BROADWAY CAFE, LLC
d/b/a HILLTOP PARK ALEHOUSE,
TARA WHOLLEY and LEIGH CORCORAN,
                        Defendants.

Civil Action No.:
1:21-cv-02243

**[PROPOSED]**
**RULE 68 JUDGMENT**

---

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants 3821 Broadway Cafe, LLC d/b/a Hilltop Park Alehouse, Tara Wholley and Leigh Corcoran ("Defendants") having offered to allow Plaintiff Manuel Gonzalez ("Plaintiff") to take a judgment against them, in the sum of Thirty-Two Thousand Five Hundred Dollars and Zero Cents ($32,500.00), inclusive of attorneys' fees, costs, and expenses, in accordance with the terms and conditions of Defendants' Rule 68 Offer dated September 9, 2021 and filed as Exhibit A to Docket Number 35;

**WHEREAS**, on September 9, 2021, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 35);

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff Manuel Gonzalez, in the sum of Thirty-Two Thousand Five Hundred Dollars and Zero Cents ($32,500.00), in accordance with the terms and conditions of Defendants' Rule 68 Offer dated September 9, 2021 and filed as Exhibit A to Docket Number 35.

**SO ORDERED:**

Dated: _____, 2021         _____
      New York, New York                                 U.S.D.J.